UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of

RICHARD A. MARCUS

An Attorney-at-Law

RECEIVED

MAR 2 5 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Misc. 08-51 (JLL)

O R D E R

It appearing that respondent, RICHARD A. MARCUS, was ordered to show cause before this court on Tuesday, February 19, 2008, why he should not be temporarily suspended from the practice of law before this court for a period of three years and until further Order of the Court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by or on behalf of respondent;

It is on this 25th, day of MARCH, 2008,

ORDERED that RICHARD A. MARCUS be and he hereby is temporarily suspended from the practice of law before this Court for a period of three years and until further Order of the Court; and

It is further ORDERED that RICHARD A. MARCUS be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

GARRETT E. BROWN, JR.
Chief Judge