UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In the Matter of           :        Misc.  08-51(JLL)

RICHARD A. MARCUS          :        **AMENDED ORDER**
                                    **TO SHOW CAUSE**

An Attorney-at-Law         :

It appearing by Order of the Supreme Court of California that RICHARD A. MARCUS was suspended from the practice of law for a period of three years, that execution of the suspension be stayed, and that he be placed on probation for three years on the condition that he be actually suspended for nine months and until further order of the court;

It is on this 29th day of January, 2008,

ORDERED that RICHARD A. MARCUS show cause on Tuesday, February 19, 2008, why he should not be suspended from the practice of law for a period of three years, that execution of the suspension be stayed, and that he be placed on probation for three years on the condition that he be actually suspended for nine months and until further order of the Court.

Should a respondent desire to file a written response, he must do so at least 10 days before the return date of the order to show cause. No oral argument will be held unless so ordered by the Court.

_____
U.S. District Judge