UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of  :

RICHARD A. MARCUS  :  Misc. 08-51 (JLL)

An Attorney-at-Law  :  C O R R E C T E D
O R D E R

It appearing that respondent, RICHARD A. MARCUS, was ordered to show cause before this court on Tuesday, February 19, 2008, why he should not be suspended from the practice of law for a period of three years, that execution of the suspension be stayed, and that he be placed on probation for three years on the condition that he be actually suspended for nine months and until further order of the Court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by or on behalf of respondent;

It is on this 18th day of April, 2008,

ORDERED that RICHARD A. MARCUS be and he hereby is temporarily suspended from the practice of law before this Court for a period of three years, that execution of the suspension be stayed, and that he be placed on probation for three years on the condition that he be actually suspended for nine months and until further order of the Court; and

It is further ORDERED that RICHARD A. MARCUS be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

GARRETT E. BROWN, JR.
Chief Judge